**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:26-cr-57 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| PAUL LANDUS JOHNSON | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 24] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to a lesser-included offense of Counts One and Two of the two-count Indictment; (2) accept Defendant's guilty plea to Counts One and Two of the two-count Indictment; (3) adjudicate Defendant guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1); (4) adjudicate Defendant guilty of possession of fentanyl with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and (5) order that Defendant remain in custody pending sentencing or further order of this Court. Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 24] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two-count Indictment is **GRANTED**;
2. Defendant's plea of guilty to Counts One and Two of the two-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One: possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1);
4. Defendant is hereby **ADJUDGED** guilty of Count Two: possession of fentanyl with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and
5. Defendant **SHALL** remain in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **February 25, 2027, at 2:00 p.m. Eastern**.

**SO ORDERED.**

*/s/ Charles E. Atchley*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**